**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Airea 5150, Inc., | No. CV 05-1972-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. |  |
| 5150 Customs, et al., |  |
| Defendants. |  |

Pending before the Court is Plaintiff Airea 5150, Inc.'s ("Airea") Motion to Set a Rule 16 Scheduling Conference ("Motion"). (Dkt. 25.) Because none of the Defendants have timely filed a response opposing Airea's Motion, the Court presumes that Defendants consent to the scheduling of a Rule 16 conference. See LRCiv 7.2(i).

Accordingly,

**IT IS HEREBY ORDERED GRANTING** Plaintiff Airea's Motion to Set a Rule 16 Scheduling Conference. (Dkt. 25.)

**IT IS FURTHER ORDERED** that the Court Deputy shall set a Rule 16 scheduling conference and issue a Rule 16 Order containing both the time and date of the hearing as well as counsels' obligations in preparation for the hearing.

DATED this 26th day of May, 2006.

Stephen M. McNamee
United States District Judge