**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Airea 5150, Inc., ) | No. CV 05-1972-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| 5150 Customs, et al., ) | |
| Defendants. ) | |
| _____ ) | |
| 5150 Customers, ) | |
| Counter-Claimant, ) | |
| vs. ) | |
| Airea 5150, Inc., et al., ) | |
| Counter-Defendants. ) | |
| _____ ) | |

    Pending before the Court is Defendant/Counter-Claimant 5150 Customs' Motion to Permit Counsel to Appear Telephonically at the Rule 16 Scheduling Conference set to take place on June 22, 2006 at 4:00 p.m. (Dkt. 29.) Good cause appearing,

    **IT IS HEREBY ORDERED GRANTING** Defendant/Counter-Claimant 5150 Customs' Motion to Appear Telephonically at the Rule 16 Scheduling Conference (dkt. 29).

1   **IT IS FURTHER ORDERED** that counsel for Defendant/Counter-Claimant 5150
2   Customs shall call the Court on a clear telephone line at 3:55 p.m. at 602-322-7555.
3   DATED this 19th day of June, 2006.

_____
Stephen M. McNamee
United States District Judge

- 2 -