**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Airea 5150, Inc., | ) No. CV 05-1972-PHX-SMM |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| 5150 Customs, et al., | ) |
| Defendants. | ) |
| _____ | ) |
| 5150 Customs, | ) |
| Counter-Claimant, | ) |
| vs. | ) |
| Airea 5150, Inc., et al., | ) |
| Counter-Defendants. | ) |
| _____ | ) |

On June 22, 2006, counsel for Plaintiff Airea 5150, Inc ("Airea") and counsel for Defendant 5150 Customs ("Customs") appeared for a Rule 16 Preliminary Pretrial Conference. In violation of the Order scheduling the conference, however, both attorneys failed to appear with a representative from each of their respective clients. See Dkt. 27 at 2, ¶2 ("**IN ADDITION TO COUNSEL OF RECORD, EACH PARTY OR A REPRESENTATIVE OF EACH PARTY (WHO IS NOT COUNSEL OF RECORD)**

1 **WITH BINDING SETTLEMENT AUTHORITY IF THE PARTY IS AN ENTITY,**
2 **SHALL BE PRESENT AT THE PRELIMINARY PRETRIAL CONFERENCE**."). As
3 a result, the Court ordered the Preliminary Pretrial Conference to be continued to August 22,
4 2006 at 4 p.m.

5 At the Pretrial Conference, counsel for both parties expressed the need to conduct
6 preliminary discovery before the August 22, 2006 Preliminary Pretrial Conference on the
7 grounds that such discovery may help to narrow or define the issues in the case. The Court
8 agreed that the Preliminary Pretrial Conference would be much more productive if the parties
9 conducted limited discovery and exchanged initial disclosures in the interim sixty days.

10 Accordingly,

11 **IT IS HEREBY ORDERED** that a Preliminary Pretrial Conference shall be held in
12 Courtroom 605 on August 22, 2006 at 4:00 p.m.

13 **IT IS FURTHER ORDERED** that **IN ADDITION TO COUNSEL OF RECORD,**
14 **EACH PARTY OR A REPRESENTATIVE OF EACH PARTY (WHO IS NOT**
15 **COUNSEL OF RECORD) WITH BINDING SETTLEMENT AUTHORITY IF THE**
16 **PARTY IS AN ENTITY, SHALL BE PRESENT AT THE PRELIMINARY**
17 **PRETRIAL CONFERENCE** scheduled to take place on August 22, 2006.

18 **IT IS FURTHER ORDERED** that, in the interim sixty (60) days, both parties shall
19 conduct discovery limited to the following issue: The origin and use of the term "5150."

20 **IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure
21 30(d)(2), there shall be a time limit of four hours to conduct a deposition of any witness in
22 this case. Additional time shall be allowed where the deponent or a party impedes or delays
23 the examination. This time limit may only be extended by Order of this Court upon motion
24 of any party that demonstrates good cause for doing so. Counsel shall conduct themselves
25 courteously and professionally, especially during the taking of depositions. Any objections
26 made during the course of a deposition must be in accordance with Rule 26(d)(1) of the
27 Federal Rules of Civil Procedure.

28

1     **IT IS FURTHER ORDERED** that all Initial Disclosures as defined in Federal Rule of Civil Procedure 26(a) shall be made no later than July 10, 2006.

    **IT IS FURTHER ORDERED** that, to satisfy the requirements of Federal Rule of Civil Procedure 26(a), the parties shall file with the Clerk of the Court a <u>Notice of Initial Disclosure</u>, rather than copies of the actual disclosures.

    **IT IS FURTHER ORDERED** that, **<u>in the event of a discovery dispute, the parties shall contact the Court to request a telephonic conference prior to filing any discovery motions.</u>** The parties shall not contact the Court regarding a discovery dispute unless they have been unable to resolve the dispute themselves, despite personal consultation and sincere efforts to do so. The parties shall not file any written materials related to a discovery dispute or discovery motion without express leave of Court. If the Court does order written submissions, the movant shall include a statement certifying that counsel could not satisfactorily resolve the matter despite personal consultation and sincere efforts to do so, in accordance with LRCiv 7.2(j) of the Rules of Practice of the United States District Court for the District of Arizona.

    DATED this 22nd day of June, 2006.

_____
Stephen M. McNamee
United States District Judge

- 3 -